```
 1  ROBERT HAWKINS #131159
    CHAPTER 7 TRUSTEE
 2  1849 NORTH HELM, SUITE 110
    FRESNO, CALIFORNIA 93727
 3  (559) 255-0555

 4  Chapter 7 Trustee
```

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 16-10167-B-7F |
| LAWRENCE MCMEEN and THERESA MCMEEN, | DC No. RHT-3 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** <br> 11 U.S.C. §363 |
| Debtors. _____/ | Date: March 1, 2017 <br> Time: 9:30 a.m. <br> Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting successor trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about January 22, 2016, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

///////

1      4.    Among the assets of this estate is non exempt equity in a 2005 Tahoe Toyhauler, a Suzuki ATV, a 2007 Yamaha Rhino, a car trailer, a flat bed trailer, and miscellaneous firearms with a total fair market value of approximately $10,773.00.

5.    The Trustee has received an offer from the debtors, Lawrence McMeen and Theresa McMeen, to purchase the equity in the above-described assets for the total sum of $9,000.00. The funds have been received by the estate.

6.    In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the assets, a lien against the 2005 Tahoe Toyhauler in the amount of $3,337.00, and the costs associated with taking possession of, storing, and selling the assets at auction. I do not believe that the estate would net a higher amount from an auction sale of the assets.

7.    The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to the debtors, Lawrence McMeen and Theresa McMeen, for the total sum of $9,000.00.

**DATED**: JANUARY 25, 2017

        /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee